UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN MICHAEL RICHARDS, | No. 2:23-cv-01543-TLN-CKD |
| Plaintiff, | |
| v. | **ORDER** |
| JEFFERSON CAPITAL SYSTEMS, LLC, et al., | |
| Defendants. | |

Plaintiff is proceeding in this action pro se and in forma pauperis. This proceeding was referred to the magistrate judge per Local Rule 302(c)(21).

On September 15, 2023, the magistrate judge filed findings and recommendations herein which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 4.) Plaintiff filed objections. (ECF No. 5.) The Court reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

////

////

1

Accordingly, IT IS HEREBY ORDERED THAT:

1. The September 15, 2023 findings and recommendations (ECF No. 4) are ADOPTED IN FULL;
2. The complaint is DISMISSED for lack of jurisdiction; and
3. The Clerk of Court is directed to close this case.

Date: October 10, 2023

_____
Troy L. Nunley
United States District Judge